# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re **Alan H Turner, II** _____, )
                                         )
                             Debtor    )
                                           )
**Stephanie L Turner** _____, )
                                         )
                         Joint Debtor   )

Employer's Tax Identification No(s). [if any] _____ )
Last four digits of Social Security No(s):    **xxx-xx-9439, xxx-xx-6163** _____ )

## For Debtor:
☐ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

■ Payment advices *are not* attached because debtor:
       ☐ receives disability payments
       ☐ is unemployed and does not receive unemployment compensation
       ☐ receives Social Security payments
       ☐ receives a pension
       ☐ does not work outside the home
       ☐ is self employed
       ■ other, please explain **Recently employed**

       Schedule I, Line 1 Income **7,500.00**

       Occupation as listed on Schedule I **senior account manager**

## For Joint Debtor, if applicable:
☐ Payment advices are attached

■ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

■ Payment advices *are not* attached because debtor:
       ☐ receives disability payments
       ☐ is unemployed and does not receive unemployment compensation
       ☐ receives Social Security payments
       ☐ receives a pension
       ☐ does not work outside the home
       ☐ is self employed
       ☐ other, please explain __

       Schedule I, Line 1 Income **0.00**

       Occupation as listed on Schedule I ___

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of __ sheets, and that they are true and correct to the best of my knowledge, information and belief.

| | | | |
|---|---|---|---|
| Signature of Debtor: | /s/ Alan H Turner, II | Date: | **November 15, 2021** |
| | Alan H Turner, II | | |
| Signature of Joint Debtor: | /s/ Stephanie L Turner | Date: | **November 15, 2021** |
| | Stephanie L Turner | | |

O:§521C(03/02/2006)



St. Jude Children's
Research Hospital

American Lebanese Syrian Associated Charities    501 St. Jude Place Memphis, TN 38105
Alan Turner   114 Judge Smith Drive Marion, AR 72364

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alan Turner | American Lebanese Syrian Associated Ch | | 888894745 | 10/17/2021 | 10/30/2021 | 10/29/2021 | |

| | Gross Pay | Pre Tax Deductions | | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 1,730.77 | 0.00 | | 195.41 | 0.00 | | 1,535.36 |
| YTD | 1,730.77 | 0.00 | | 195.41 | 0.00 | | 1,535.36 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | | Description | Amount | YTD |
| Regular Pay | 10/25/2021 - 10/30/2021 | 0 | 0 | 1,730.77 | 1,730.77 | | OASDI | 107.31 | 107.31 |
| | | | | | | | Medicare | 25.10 | 25.10 |
| | | | | | | | State Tax - AR | 63.00 | 63.00 |
| Earnings | | | | 1,730.77 | 1,730.77 | | Employee Taxes | 195.41 | 195.41 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| EAP | 0.74 | 0.74 | | OASDI - Taxable Wages | 1,730.77 | 1,730.77 |
| Workers Comp ER | 11.25 | 11.25 | | Medicare - Taxable Wages | 1,730.77 | 1,730.77 |
| Employer Paid Benefits | 11.99 | 11.99 | | Federal Withholding - Taxable Wages | 1,730.77 | 1,730.77 |

| | Federal | State | | Time Off Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | | Description | Accrued | Reduced | Available |
| | | | | ALSAC Additional Holiday | 0 | 0 | 0 |
| Allowances | 0 | 0 | | Employee Recognition | 0 | 0 | 0 |
| Additional Withholding | 0 | | | Personal Day | 0 | 0 | 0 |
| | | | | Sick | 1.83 | 0 | 1.83 |
| | | | | Vacation | 1.31 | 0 | 1.31 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Premier Bank of Arkansas | Turner's Premier Checking Acct | ******1141 | | 1,535.36   USD |

## United States Bankruptcy Court
### Northern District of New York

In re  Alan H Turner, II
       Stephanie L Turner                                               Case No.
                                          Debtor(s)                     Chapter    7

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:                      $            7,648.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income                                             $             637.33

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 50.75 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| supplies | 147.5 |
| commissions and fees | 88.08 |
| postage and delivery | 333 |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

  22. Total Monthly Expenses (Add items 3-21)                           $             619.33

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)         $              18.00