# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 11/16/2021 |
| Case: 21–30855–5–wak | Form ID: 309A | Total: 16 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
909348275  Best Egg
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Alan H Turner, II        114 Judge Smith Drive       Marion, AR 72364
jdb         Stephanie L Turner       114 Judge Smith Drive       Marion, AR 72364
ust         U.S. Trustee       U.S. Trustee Office       10 Broad Street,       Room 105       Utica, NY 13501
tr          William J. Leberman–Trustee       One Lincoln Center       110 W. Fayette Street       Suite 720       Syracuse, NY 13202
aty         Peter C. Schaefer        313 E. Willow St., Suite 105       Syracuse, NY 13203–1905
smg         United States Attorney, NDNY       P.O. Box 7198       Syracuse, NY 13261–7198
909348276   Chase Card Services       Attn: Bankruptcy       Po Box 15298       Wilmington, DE 19850
909348277   Credit One Bank       Attn: Bankruptcy Department       Po Box 98873       Las Vegas, NV 89193
909348278   First National Bank/Legacy       Attn: Bankruptcy       Po Box 5097       Sioux Falls, SD 57117
909348279   GreenFill Storage Depot       701 Highway 77       West Memphis, AR
909348280   Internal Revenue Service       P.O. Box 7346       Philadelphia, PA 19101–7346
909348281   Lendclub Bnk       Attn: Bankruptcy       595 Market Street, Suite 200       San Francisco, CA 94105
909348282   Navient/earnest Operat       P.o. Box 9655       Wilkes Barre, PA 18773
909348283   Sofi Lending Corp       375 Healdsburg Avenue       Suite 280       Healdsburg, CA 95448
909348284   Upgrade, Inc.       Attn: Bankruptcy       275 Battery Street 23rd Floor       San Francisco, CA 94111

TOTAL: 15