# Notice Recipients

District/Off: 0206–5         User: admin              Date Created: 11/17/2021
Case: 21–30855–5–wak         Form ID: nfin1           Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db  | Alan H Turner, II    | 114 Judge Smith Drive         | Marion, AR 72364 |
| jdb | Stephanie L Turner   | 114 Judge Smith Drive         | Marion, AR 72364 |
| aty | Peter C. Schaefer    | 313 E. Willow St., Suite 105  | Syracuse, NY 13203–1905 |

TOTAL: 3