Certificate Number: 16339-NYN-DE-036164992

Bankruptcy Case Number: 21-30855



16339-NYN-DE-036164992

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 28, 2021, at 1:47 o'clock PM EST, Alan Turner completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of New York.

Date:   November 28, 2021

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor