Certificate Number: 16339-NYN-DE-036164993

Bankruptcy Case Number: 21-30855



16339-NYN-DE-036164993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 28, 2021</u>, at <u>1:47</u> o'clock <u>PM EST</u>, <u>Stephanie Turner</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of New York</u>.

Date:   <u>November 28, 2021</u>          By:     <u>/s/Kelley Tipton</u>

                                                           Name:   <u>Kelley Tipton</u>

                                                           Title:   <u>Certified Financial Counselor</u>