| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Alan H Turner II** | Social Security number or ITIN | xxx–xx–9439 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Stephanie L Turner** | Social Security number or ITIN | xxx–xx–6163 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of New York** | | | |
| Case number:  **21–30855–5–wak** | | | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Alan H Turner II                                                Stephanie L Turner

**By the court:**

2/28/22

*Wendy A. Kinsella*

HON. WENDY A. KINSELLA
U.S. Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of New York

In re:  Case No. 21-30855-wak

Alan H Turner, II  Chapter 7

Stephanie L Turner

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0206-5  User: admin  Page 1 of 2
Date Rcvd: Feb 28, 2022  Form ID: 318  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan H Turner, II, Stephanie L Turner, 114 Judge Smith Drive, Marion, AR 72364-2212 |
| 909348279 | | GreenFill Storage Depot, 701 Highway 77, West Memphis, AR |
| 909348281 | + | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 909348282 | + | Navient/earnest Operat, P.o. Box 9655, Wilkes Barre, PA 18773-9655 |
| 909348283 | + | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | EDI: BWJLEBERMAN | | Mar 01 2022 00:58:00 | William J. Leberman-Trustee, One Lincoln Center, 110 W. Fayette Street, Suite 720, Syracuse, NY 13202 |
| 909348277 | Email/PDF: creditonebknotifications@resurgent.com | + | Feb 28 2022 20:04:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 909348278 | Email/Text: BNSFN@capitalsvcs.com | | Feb 28 2022 19:56:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 909348280 | EDI: IRS.COM | | Mar 01 2022 00:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 909348276 | EDI: JPMORGANCHASE | | Mar 01 2022 00:58:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 909348284 | Email/Text: bknotice@upgrade.com | | Feb 28 2022 19:56:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 909348275 | | Best Egg |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0206-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2022 | Form ID: 318 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Peter C. Schaefer | on behalf of Joint Debtor Stephanie L Turner schapc@gmail.com |
| Peter C. Schaefer | on behalf of Debtor Alan H Turner II schapc@gmail.com |
| U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |
| William J. Leberman-Trustee | wleberman@lebermanlaw.com kbarber@lebermanlaw.com;NY97@ecfcbis.com |

TOTAL: 4