*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Alan H Turner II<br><br>xxx−xx−9439<br>114 Judge Smith Drive<br>Marion, AR 72364<br><br>Stephanie L Turner<br><br>xxx−xx−6163<br>114 Judge Smith Drive<br>Marion, AR 72364 | )<br>)<br>)<br>)Case Number: 21−30855−5−wak<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>) |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

William J. Leberman−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Syracuse, NY
DATED: 3/22/22

*BY THE COURT*

*Wendy A. Kinsella*

Wendy A. Kinsella
U.S. Bankruptcy Judge